1024

No. 90–388. DOW CHEMICAL CO. ET AL. *v.* ALFARO ET AL. Sup. Ct. Tex. Certiorari denied.

No. 90–420. ALVAREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–434. SONICRAFT, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 90–447. SALSBURY INDUSTRIES *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 90–449. HAMILTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–472. NATIONAL FABRICATORS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 90–478. LORENZO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–488. ARVIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–499. ACMAT CORP. *v.* SCHOOL DISTRICT OF PHILADELPHIA; and
No. 90–680. SCHOOL DISTRICT OF PHILADELPHIA *v.* ACMAT CORP. C. A. 3d Cir. Certiorari denied. Reported below: 904 F. 2d 693 and 696.

No. 90–505. CALIFORNIA PUBLIC UTILITIES COMMISSION *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–506. ORSINI, ON BEHALF OF ORSINI *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 11th Cir. Certiorari denied.

No. 90–520. TOWN OF RYE, NEW YORK, ET AL. *v.* SKINNER, SECRETARY OF TRANSPORTATION, ET AL. C. A. 2d Cir. Certiorari denied.